F1170.1405708

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 13 AM 9:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES OF AMERICA,

V.

Juan Rafael ZAFRA-Gomez

## WARRANT FOR ARREST

CASE NUMBER: '07 MJ 2559

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Juan Rafael ZAFRA-Gomez
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment ___ Information _X_ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him or her with (brief description of offense)

RECEIVED
2007 OCT 30 AM 9:58
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

in violation of Title 21 United States Code, Section 841 (a)(1).

Louisa Porter
Name of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

Signature of Issuing Officer

October 30, 2007, San Diego, California
Date and Location

(By) Deputy Clerk

Bail Fixed at $ No Bond by

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the abovenamed defendant at<br>DATE 11/9/07<br>ARRESTED BY DEA - San Diego, CA | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>STEVEN C. STAFFORD<br>ACTING U.S. MARSHAL, SDCA<br>BY | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CLASS I 'Z' DEA 3579 (Poss of Meth w/intent to dist.)